Opinion filed May 6, 2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-09-00126-CV 

                                                    __________

 

                                 LATOSHIA
COLEMAN, Appellant

 

                                                             V.

                          
TEXAS DEPARTMENT OF FAMILY AND
                                PROTECTIVE SERVICES, Appellee



 

                                   On
Appeal from the 318th District Court

                                                          Midland
County, Texas

                                                 Trial
Court Cause No. FM-42,150

 



 

                                            M
E M O R A N D U M   O P I N I O N

            Latoshia
Coleman perfected appeals challenging both the termination of her parental
rights in the present case and the trial court’s determination that her appeal
on the merits of the termination was frivolous.  This court affirmed the trial
court’s determination that the appeal on the merits was frivolous, no petition
was filed, and mandate has now issued.  In the Interest of M.W.C., JR.;
M.C.; & E.P., children, 2010 WL 747681, No. 11-09-00152-CV (Tex. App.—Eastland
March 5, 2010, no pet.) (mem. op.).

            Therefore,
the present appeal challenging the merits of the termination is dismissed.           

 

                                                                                    PER
CURIAM

May 6, 2010                                                    

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.